IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03238-BNB

DEMETRIO CHAVEZ VASQUEZ,

      Applicant,

v.

ERICK HOLDER, JR., et al.,

      Respondents.

---

ORDER DRAWING CASE

---

      After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

      ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

      DATED December 4, 2013, at Denver, Colorado.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge