**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03238-PAB

DEMETRIO CHAVEZ VASQUEZ,

    Applicant,

v.

ERIC HOLDER, JR., et al,

    Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Application For Writ Of Habeas Corpus [Docket No. 17] of Judge Philip A. Brimmer entered on March 17, 2014, it is

**ORDERED** that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Docket No. 1), filed by applicant Demetrio Chavez Vasquez on November 26, 2013, is **DENIED**. It is

**FURTHER ORDERED** that judgment is hereby entered in favor of the respondents and against the applicant. It is

**FURTHER ORDERED** that defendants ERIC HOLDER, JR., et al are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

**FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated at Denver, Colorado this 18th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk